**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>       Plaintiff, )<br>                         )<br>         v.                   )<br>                         )<br>Francisco SANCHEZ-Gonzalez )<br>   Defendant One )<br>   YOB: 2001 )<br>   Mexican Citizen ) | Date of Arrest: June 13, 2022<br><br>Magistrate's Case No. **22-01978MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C. Section<br>1324(a)(1)(A)(ii) and (v)(I) |

I, Sergio Mora the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about June 13, 2022, within the District of Arizona, Defendant Francisco SANCHEZ-Gonzalez knowing or in reckless disregard of the fact that certain aliens, namely: Oscar GONZALEZ-Uraga and Elizabeth GONZALEZ-Baldomero; had come to, entered, or remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move, said aliens within the United States, by means of transportation or otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

Reviewed by: AUSA Stuart Zander *S.Z.*

/ / /

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Sergio Mora*
Sergio Mora
Border Patrol Agent
Customs and Border Protection

Sworn to before me and subscribed telephonically, June 15, 2022, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
v.

Francisco SANCHEZ-Gonzalez

**STATEMENT OF FACTS**

I, Sergio Mora being duly sworn, do state the following:

**FACTS.**

On June 13, 2022, at approximately 1214 hours, the Yuma Sector Field Intelligence Team (SIU FIT) were conducting patrol duties in Winterhaven, California along Interstate 8. Intelligence Border Patrol Agent (BPA-I) Jesse Marshall heard over his vehicle service radio that a black Mercury Milan sedan had failed to yield to Calexico Border Patrol Agents. BPA-I Jesse Marshall was parked at Winterhaven Drive and began to listen for updates on the sedan's location. At approximately 1218 hours, the sedan exited Interstate 8 on the Andrade Road exit and then proceeded to merge back on the interstate continuing eastbound. At approximately 1221 hours, the sedan passed by BPA-I Marshall patrol vehicle. At that time, BPA-I Marshall merged onto Interstate 8 and began to follow the sedan eastbound. Eventually, BPA-I Thomas Blaser activated his emergency lights and sirens to signal to the sedan to yield.

At approximately 1223 hours, the sedan exited on the Giss Parkway eastbound exit at a high rate of speed. While exiting, the driver, later identified as Francisco SANCHEZ-Gonzalez (SANCHEZ-Gonzalez), continued at a high rate of speed which resulted in the sedan striking the curb in the median of the road. The sedan then crossed into oncoming southbound traffic. SANCHEZ-Gonzalez then drove over the center median and lost control of the vehicle. The sedan

continued to spin out of control until finally stopping facing a southeast direction. Unable to stop in time, BPA-I Blaser collided into the sedan and BPA-I Marshall safely positioned his vehicle on the north side of the sedan. BPA-I Juan Perez-Araujo soon arrived on scene and secured the passengers from the vehicle. SANCHEZ-Gonzalez absconded from the scene on foot and was later apprehended by BPA-I Blaser.

Emergency medical services was called to evaluate everyone involved in the crash. Everyone was medically cleared on scene by Emergency medical services.

All the passengers, including SANCHEZ-Gonzalez, were determined to be citizens of Mexico and illegally present in the United States. Two of the undocumented non-citizens located inside SANCHEZ-Gonzalez's vehicle were Oscar GONZALEZ-Uraga and Elizabeth GONZALEZ-Baldomero. All subjects were arrested and transported to the Yuma Border Patrol Station for further processing.

SANCHEZ-Gonzalez was read his *Miranda* rights and agreed to be interviewed. He stated, approximately one week ago, he illegally entered the United States near San Luis, Arizona. After crossing the border, he could not pay his smugglers and agreed to transport undocumented non-citizens to pay his debt.

On June 13, 2022, SANCHEZ-Gonzalez arrived at a house in San Luis, Arizona where two people provided him with keys to a vehicle and told him to drive to a rest area to pick up undocumented non-citizens. SANCHEZ stated that he was offered approximately $400.00 per person to transport undocumented non-citizens to a safe location. SANCHEZ drove to where the undocumented non-citizens were located and allowed them to enter his vehicle. After picking up the undocumented non-citizens, SANCHEZ drove east on Highway Interstate 8 before he was arrested by Border Patrol.

**AGENTS INVOLED WITH THE CASE.**

The following agents were involved with the surveillance, arrest, transport, processing and interviews of the defendants and material witness: BPA-I's Jesse Marshall, Thomas Blaser, Juan Perez-Araujo, BPA's Joseph Straile, Mario Tostado JR, Jared Nicosia and Pedro Pena.

*Sergio Mora*
Sergio Mora
Border Patrol Agent
U.S. Customs and Border Protection

Sworn to before me and subscribed telephonically, June 15, 2022, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge